UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

          Plaintiff,

        v.

CY EXPO LLC, a Nevada limited liability company,

          Defendant.

NO.    2:23-cv-01200-RSL

ORDER DIRECTING ENTRY OF JUDGMENT

**Summary of Judgment**

Judgment Creditor:                  Northwest Administrators, Inc.
Judgment Debtor:                   CY EXPO LLC

Amounts Payable to Plaintiff's Trust Fund
Principal Judgment Amount:      $3,211.11
Liquidated Damages:           $642.22
Interest to Date of Judgment:     $105.31
Attorney's Fees:               $795.00
Costs:                        $532.00
Other Recovery Amounts:        NONE
Percent Interest on Principal:    Eight percent (8%) per annum
Interest Rate on Costs:         NONE
Attorneys for Judgment
  Creditor:                      Reid, Ballew, Leahy & Holland, L.L.P.

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the Affidavit of Russell J. Reid, the Declaration of Christopher Petty, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall enter judgment against Defendant in the amounts herein listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 631 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period June 1, 2022 through February 28, 2023:   for contributions of $3,211.11; for liquidated damages of $642.22, for pre-judgment interest of $105.31, for attorneys' fees of $795.00; and for costs of $532.00; all for a total of $5,285.64, together with interest accruing thereupon at the rate of eight percent (8%) per annum from the date of entry hereof until fully paid.

Dated this 30th day of November, 2023.

Robert S. Lasnik
United States District Judge